ORTIZ, DEMANDANTE Y APELANTE, *v.* ORTIZ ET AL., DEMANDADOS Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de Humacao en pleito sobre cobro de dinero.

No. 3067.—Resuelto en febrero 15, 1924.

PRUEBA CONTRADICTORIA—PASIÓN Y PREJUICIO.—El Tribunal Supremo no irá contra la apreciación que de la prueba contradictoria haga la corte sentenciadora a no ser que se demuestre grave error o pasión y prejuicio en la apreciación.

Los hechos están expresados en la opinión.

Abogado del apelante: Sr. *L. Pereyó Quiñones.*

Abogados de los apelados: Sres. *González Fagundo & González, Jr.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Juan Ortiz Díaz, nombrado en este pleito como Juan Ortiz Primero, murió el 2 de enero de 1922 y diez días después su hermano Juan Ortiz Segundo demandó a su sucesión para que le pagase la cantidad de $749.56 que alegó le es debida como saldo de su sueldo de $50 mensuales desde el 4 de enero 1919 hasta el día de la demanda devengados durante ese tiempo como administrador de una tienda en Humacao que giraba bajo la razón social de Juana H. de Ortiz, tienda que era propiedad de Juan Ortiz Primero y de su esposa Juana Hernández de Ortiz.

Los demandados contestaron haciendo una negación general de todos los hechos de la demanda y celebrado el juicio fué declarada sin lugar la demanda, contra cuyo fallo se interpuso este recurso de apelación por el demandante.

La evidencia en cuanto al sueldo del demandante consistió en su declaración, según la cual contrató con Juan Ortiz Primero su sueldo en la cantidad de $50 mensuales, y en la de dos testigos que habían sido dependientes de la tienda quienes manifestaron que habiendo pedido a Juan Ortiz Primero que les fijara sueldo les contestó que no podía darles más de $15 mensuales a cada uno porque le pagaba $50 mensuales a su hermano Juan Ortiz Segundo. La evidencia de los demandados consistió en la declaración de la viuda Juana Hernández quien manifestó que el sueldo del demandante era de $30 mensuales según le manifestó muchas veces su esposo. De otra evidencia resulta que según los testigos del demandante la tienda tenía un capital de poco más de mil dólares durante ese tiempo, habiendo resultado ser de $950 o $960 en el inventario hecho a la muerte de Juan Ortiz Primero, los que sólo cubrieron un 30% de las deudas.

El tribunal sentenciador declaró como uno de los fundamentos de su fallo que la prueba no le había convencido de la certeza de los hechos de la demanda, mucho más teniendo

en cuenta que el esposo de la demandada ha fallecido. En otras palabras, no dió crédito a que el sueldo del demandante fuera de $50 mensuales, sin que podamos declarar que hizo mal uso de la facultad discrecional que le concede la ley para apreciar la credibilidad de los testigos.

Por el motivo expresado la sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.